**Robert J. COLLINS, Petitioner–
Appellant,**

v.

**J.L. NORWOOD, Warden,
Respondent–Appellee.**

No. 06–55245.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 20, 2007.*

Filed Feb. 23, 2007.

Robert J. Collins, Adelanto, CA, pro se.

Jeffrey Backhus, Esq., USLA–Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Respondent–Appellee.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

## MEMORANDUM **

Robert J. Collins appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

We reject Collins' contentions that the district court lacked jurisdiction to refer his case to a magistrate judge without his consent, and that the magistrate judge lacked jurisdiction to handle that referral for the entire case. *See* 28 U.S.C. § 636(b)(1); *Wang v. Masaitis*, 416 F.3d 992, 999–1000 (9th Cir.2005).

The Clerk shall file Collins' Judicial Notice and Supplemental Appeal Brief, received April 4, 2006.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.